**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 18-1249**

---

CARLOS B. SMITH, JR.,

       Plaintiff - Appellant,

    v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:15-cv-00343-PX)

---

Submitted: August 31, 2018             Decided: September 19, 2018

---

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Carlos B. Smith, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos B. Smith, Jr., appeals the district court's order granting summary judgment to the Defendant in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Wash. Metro. Area Transit Auth.*, No. 8:15-cv-00343-PX (D. Md. Feb. 2, 2018). We grant Smith leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*